## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JUAN BRADLEY,** | **CASE NO. 4:10CV3095** |
| **Plaintiff,** | |
| v. | **MEMORANDUM AND ORDER** |
| **WARREN K. URBOM, JAMES MURPHY, and DAVID L. HERZOG, et al., Defendants,** | |
| **Defendants.** | |

This matter is before the court on Plaintiff's Motion to Appeal In Forma Pauperis and Forward to the United States Supreme Court. (Filing No. 15.) The court dismissed this matter and entered Judgment against Plaintiff on July 20, 2010. (Filing Nos. 9 and 10.) Thereafter, Plaintiff filed a Notice of Appeal. (Filing No. 11.) On August 26, 2010, the court informed Plaintiff that he was not entitled to appeal in forma pauperis. (Filing No. 13.) Therefore, Plaintiff's Motion to Appeal In Forma Pauperis and Forward to the United States Supreme Court is denied as moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Appeal In Forma Pauperis and Forward to the United States Supreme Court (Filing No. 15) is denied as moot.

DATED this 1st day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.